# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

## DEPOSIT OF UNCLAIMED FUNDS

| In re: | Bankruptcy Case Number |
|---|---|
| YVONNE ELAINE SKINNER-NTIRI, | 09-33186 RKM |
| Debtor. | [Chapter 7] |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

The checks listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

| **CREDITOR & ADDRESS (last known)** | **CHECK AMOUNT** |
|---|---|
| Aaron S. Goldberg DDS<br>Knight Adjustment Bureau<br>404 East 4500 South, Suite A-34<br>Murray, UT 84107 | $2.15 |

The addresses listed above constitute the last known addresses in question. The check in the amount of $2.15 represents said unclaimed funds and is payable to the U.S. Bankruptcy Court.

DATED this 17 day of July, 2011.

_____
Duane H. Gillman, Trustee

*FILED IN THE UNITED STATES BANKRUPTCY COURT 2011 JUL 19 PM 3: 48 DISTRICT OF UTAH*

SLC_898090.1